IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARLOS NELSON**                                                                                      **PLAINTIFF**

vs.                                                            3:09CV00093-WRW

**TIMOTHY DEAN,** *et al*.                                                                    **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss.[1] Plaintiff's response was due on July 22, 2009, but Plaintiff did not file a response by that date. In a July 23, 2009, letter,[2] the Court alerted Plaintiff that Defendant's Motion was well taken, and that if Plaintiff chose not to file a response by 12:00 noon on Wednesday, July 29, 2009, Defendants' Motion would be granted. To date, Plaintiff has not filed a response. Accordingly, Defendants' Motion is GRANTED and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 31st day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] Doc. No. 9.