IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARLOS NELSON**                                                                          **PLAINTIFF**

**vs.**                                            **3:09CV00093-WRW**

**TIMOTHY DEAN,** *et al***.**                                                         **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion to Dismiss, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 31st day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE