# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CARLOS NELSON**                                                                                       **PLAINTIFF**

**v.**                                  **3:09CV00093-WRW**

**TIMOTHY L. DEAN and**
**ARKANSAS STATE UNIVERSITY**                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Relief from Order and Judgment (Doc. No. 12).

Defendants have responded.[1]  Plaintiff's motion is DENIED.

IT IS SO ORDERED this 16th day of August, 2010.

                                                          /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 14.